IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT W. FELLAND,

    Plaintiff,

v.

PATRICK CLIFTON,
CM LA PERLA DE PENASCO, S. DE R.L. DE C.V.,
a Mexican Corporation, and
CLIFTON MERIDIAN LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-664-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants Patrick Clifton, CM La Perla de Penasco, S. De R.L. De C.V. and Clifton Meridian LLC's motion to dismiss for lack of personal jurisdiction.

_____
Peter Oppeneer, Clerk of Court

_____3/15/11_____
Date