IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT W. FELLAND,

    Plaintiff,

v.

PATRICK CLIFTON;
CM LA PERLA DE PEÑASCO, S. DE R.L. DE C.V.,
a Mexican corporation; and CLIFTON MERIDIAN
LLC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-664-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered:

1. granting the motion by defendants Patrick Clifton and Clifton Meridian LLC to confirm the arbitration award and dismissing defendants Patrick Clifton and Clifton Meridian LLC;

2. granting in part plaintiff Robert Felland's motion to confirm the arbitration award against defendant CM La Perla de Peñasco, S. De R.L. De C.V. in the amount of $255,931.10, which represents Felland's down payment of $204,000 plus pre-judgment interest in the amount of $51,931.10; and

3. granting plaintiff Robert Felland's motion for costs on appeal to the extent that all defendants, jointly and severally, shall pay plaintiff $1,047.60 in costs as assessed by the Court of Appeals for the Seventh Circuit.

_____       4/2/14
Peter Oppeneer, Clerk of Court      Date